# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America<br>v.<br>Zachary Perpinan<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-mj-262-REP<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of 9/16/2025 through 10/7/2025 in the county of Kootenai in the District of Idaho, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Production of Child Pornography |
| 18 U.S.C. § 2252A(a)(2)(a) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See the attached affidavit of Special Agent Greg McSullivan

☑ Continued on the attached sheet.

GREGORY K MCSULLIVAN
Digitally signed by GREGORY K MCSULLIVAN
Date: 2025.10.10 15:53:35 -07'00'

Greg McSullivan, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10 October 2025

City and state: Boise, ID

Raymond E. Patricco, Chief U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Greg McSullivan, Special Agent, United States Department of Homeland Security, Homeland Security Investigations, being duly sworn under oath, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Homeland Security Investigations ("HSI") and have been so employed since November of 2018. I have served as a Special Agent with HSI in the Los Angeles Area of Operation since 2018 to 2023. While there I served at Los Angeles International Airport ("LAX"), and Downtown Los Angeles ("DTLA") in groups such as the LAX International Group, Document and Benefit Fraud Task Force ("DBFTF"), National Security Group ("NSG") Joint Terrorism Task Force ("JTTF"). After transferring to the Spokane office in 2023, I have been a member of the Missing and Exploited Children's Task Force ("MECTF") and the DBFTF as well as the Worksite Enforcement Groups. As part of my enforcement duties, I am statutorily charged with investigating federal criminal violations. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I have been an investigative case agent on cases involving a myriad of federal law violations including assault, firearms offenses, sexual assault, child abuse, terrorism, and the sale and distribution of illegal narcotics. During the investigations that I have performed in my law enforcement career, I have obtained and executed search warrants and arrest warrants, conducted surveillance, and conducted interviews of involved persons.

2. The statements contained in this affidavit are based in part on information provided by an HSI on-line undercover operation, physical surveillance, federal and state government database searches, as well as my experience, training and background as a special agent with HSI. This information is known to me personally or provided to me by another law enforcement official.

Because this Affidavit is submitted for the limited purpose of charging a criminal violation, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause.

3. As further detailed below, based on my investigation and the investigation of other law enforcement officers, I submit there is probable cause to believe that ZACHARY PERPINAN ("PERPINAN") has committed violations of 18 U.S.C. § 2251, Production of Child Pornography; 18 U.S.C. §2252A(a)(2)(a), Distribution of Child Pornography; and 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

## **PROBABLE CAUSE**

*Introduction*

4. In October 2025, HSI Special Agents in the Laredo Child Exploitation Task Force ("CETF"), Homeland Security Investigations Office of the Deputy Special Agent in Charge in Laredo, Texas ("HSI Laredo") has an ongoing investigation to identify victims of child sexual abuse on the darkweb, as well as locate those individuals committing such crimes against children. HSI Laredo works to accomplish this mission by infiltrating and dismantling criminal organizations that operate child sexual abuse forums and chat sites on the dark web. Additionally, HSI Laredo works with and coordinates with law enforcement partners both domestically and internationally to achieve these goals.

5. On or about October 8, 2025, HSI Laredo reviewed postings made to "Website A", which is a darkweb site dedicated to the sexual exploitation of children. The postings made by the user identified in this investigation "S-1", were publicly available for law enforcement review. The true username is known to law enforcement but referred here as "S-1" in order to protect the integrity of an ongoing investigation into the users of the site. The media and posts demonstrated that the user, "S-1" created and shared child sexual abuse material. In total, "S-1" posted

approximately 138 times and uploaded approximately 521 files between August 6, 2025 and October 7, 2025.

***Recovery of CSAM Images Containing EXIF Data***

6. Among the CSAM files that were uploaded to "Website A" by "S-1," HSI Laredo was able to download seven containing metadata.

7. As to the three earliest images in time (uploaded between August 6, 2025 and August 14, 2025), the metadata associated with the images showed that they were uploaded from three different addresses in Santa Rosa, California.

8. As to the four more recent images, the metadata included the following information:

    a. 0001 img7075.jpg [Uploaded to Website A on October 6, 2025]:

        i. Date/Time Created: September 30, 2025, at 17:39:42 hours

        ii. Make: Apple

        iii. Model: iPhone XR

        iv. GPS Position: 47.742894° N, 116.897033° W

    b. 0002 img6951.jpg [Uploaded to Website A on October 7, 2025]:

        i. Date/Time Created: September 16, 2025, at 00:45:20 hours

        ii. Make: Apple

        iii. Model: iPhone XR

        iv. GPS Position: 47 deg 44' 34.40" N, 116 deg 53' 49.29" W

    c. 0003 img7077.jpg [Uploaded to Website A on October 6, 2025]:

        i. Date/Time Created: September 30, 2025, at 17:56:56 hours

        ii. Make: Apple

        iii. Model: iPhone XR

        iv. GPS Position: 47 deg 44' 34.46" N, 116 deg 53' 49.27" W

    d.  0007 img7109.jpg [Uploaded to Website A on October 6, 2025]:

        i.  Date/Time Created: October 4, 2025, at 13:09:10 hours

        ii.  Make: Apple

        iii.  Model: iPhone XR

        iv.  GPS Position: 47 deg 44' 34.50" N, 116 deg 53' 49.24" W

9.    As described further below, GPS positions from these four more recent images were checked, and each image was found to be consistent with the following address: 4358 N. Donovan Lane, Post Falls, ID 83854 (the SUBJECT RESIDENCE).

10.    The four images contained full EXIF metadata.[1]  The metadata documents that all four images were captured on an Apple iPhone XR running the same software version (18.6.2) and that all four images had a time offset of -07:00 hours, which is consistent with Pacific Time and matches the expected time zone for Post Falls, Idaho.

***Posts Made to Website A by S-1***

11.    "S-1" made multiple posts to "Website A" referencing a specific child with the CSAM images:

    a.  October 7, 2025, at 01:32 hours (GMT+00:00): my niece blowing kisses [img6951.jpg]

    b.  October 6, 2025, at 23:34 hours (GMT+00:00): she loves anal too [img7109.jpg]

    c.  October 6, 2025, at 23:30 hours (GMT+00:00): got some new ones of my 6yo niece [img7075.jpg] [img7077.jpg]

---

[1] EXIF METADATA is "Exchangeable Image File Format" and is defined as information automatically saved within digital image files, such as JPEGs and TIFFs, by cameras and other devices.  Information gathered can include technical settings like resolution, camera model, date and time, exposure settings, and sometimes location data like GPS coordinates.  EXIF data is used for professional analysis, digital forensics, media asset management, privacy protection, and troubleshooting.

    d. September 24, 2025, at 13:02 hours (GMT+00:00): good morning from my niece [img5263.jpg]

    e. September 13, 2025, at 23:36 hours (GMT+00:00): one more of my 5yo niece [img3635.jpg]

    f. September 7, 2025, at 05:58 hours (GMT+00:00): one more of my niece [1489164y.jpg]

12. It should be noted that images associated with September 7th, 13th, and 24th were not able to be viewed or downloaded. When speaking with HSI Laredo, Special Agents there communicated that these images are no longer available for download or view from their original source but the hyperlink and text data that went along with the posts are archived for law enforcement review.

*Description of CSAM Files Associated with the S-1 Username*

13. "0001 img7075.jpg" depicts a prepubescent female between 5- and 8-years old wearing "Hello Kitty" pajamas. The child is pulling down her pajamas and underwear to expose her genitalia. She also has the words "Cum here" written on her stomach and an arrow pointing to her genitalia.

14. "0002 img6951.jpg" depicts a prepubescent female between 5 and 8 years old. The focal point of the image is the child's vulva and anus.

15. "0003 img7077.jpg" depicts a prepubescent female between 5 and 8 years old. The child is bent over and spreading her buttocks to reveal her anus. The child has "Cum here" written across her buttocks. Of note, the door and power outlet are observable. The censored version of this image is depicted below and has been provided to show the apparent similarity between the image and images found of the SUBJECT RESIDENCE on open-source web searches.



16.     "0007 img7109.jpg" depicts a prepubescent female believed to be between 5 and 8 years old.  The child is being anally penetrated by an adult male's penis.

17.     Additionally, HSI Laredo was able to download several additional images that "S-1" uploaded to "Website A," which did not contain metadata.  These images included several images appearing to depict the same minor victim giving fellatio to what appears to be an adult male.

18.     All the images were reviewed by HSI Laredo and found to be consistent with the federal definition of child pornography.  All images seem to depict the same child, which appears to be a prepubescent female juvenile between the ages of 5 and 8.

*Open-Source Information from Zillow.com*

19. HSI Laredo used open-source information from Zillow.com to view the interior of 4358 N. Donovan Lane, Post Falls, ID 83854. HSI Laredo found that the interior of the house featured brown carpet, dark brown wood trim around white doors, and light beige colored walls. These features were compared with the CSAM images.

20. "0003 img7077.jpg" (shown in redacted form above) was found to have white colored doors with dark brown trim and beige colored walls. Several Zillow interior images feature rooms that have two-panel shaker style doors, which also appear in "0003 img7077.jpg". Lastly, there is a white electrical outlet visible in "0003 img7077.jpg", which is consistent with US style electrical outlets. The outlet visible in "0003 img7077.jpg" matches the outlets visible on Zillow. No other CSAM images have clear house features visible in the background. Screenshots of rooms found in the SUBJECT RESIDENCE on Zillow are depicted below.





8

*HSI Spokane Involvement*

21. On or about October 9, 2025, HSI Laredo made contact with HSI Spokane and relayed the aforementioned information. HSI Spokane reviewed this information.

*The Imagery*

22. As mentioned before, the imagery was pulled by HSI Laredo from a suspect website. HSI Spokane reviewed the imagery and also believed it to be Child Sexual Abuse Material ("CSAM").

*The Geolocation*

23. Using the above-described metadata associated with the four CSAM images, your Affiant used Google maps to identify the locations associated with the GPS Position data associated with the four images. Screenshots of the results, along with a caption describing the associated image, are below:




"img7109"


"img6951"



24. As depicted, the metadata for all four images comes back to 4358 N. Donovan Lane, in Post Falls Idaho (the SUBJECT RESIDENCE). A screenshot of the residence is shown below:



*Database Indices Search of Residences at the SUBJECT RESIDENCE*

25. Law enforcement database searches of the aforementioned address revealed multiple persons associated with the SUBJECT RESIDENCE. These law enforcement indices have been used by the Affiant and law enforcement agencies before and found to be reliable. The following individuals that were alleged residents:

a. 

Image taken of the SUBJECT RESIDENCE by SA N. Hunter the morning of October 9, 2025.

b. Residents:

   i. Zachary PERPINAN (DOB: March 11, 1999)



1.

ii. Connie Jean Marie LEE (AKA Connie PERPINAN, DOB: October 21, 1962)



1.

26. Using the investigative database, Accurint, Special Agents located two other addresses associated with Zachary PERPINAN, both of which were in Santa Rosa, California. This is significant because although neither address is an exact match, the three above-described earliest images (paragraph 7) that were located had metadata associated with addresses in Santa

13

Rosa, California.

*Surveillance Results*

27.     Law enforcement officials with HSI began surveillance of the SUBJECT RESIDENCE on or about October 9, 2025. At approximately 1130 hours, it appeared as if Zachary PERPINAN left the SUBJECT RESIDENCE while driving the Hummer, herein referred to as SUBJECT VEHICLE 2. SA J. Gilliam observed this vehicle being driven by an individual matching the description of PERPINAN, observed the license plate, and saw PERPINAN drive away from the residence.

*Law Enforcement Database Indices*

28.     Law enforcement database indices indicate that the SUBJECT VEHICLE 2 is registered to the SUBJECT RESIDENCE and registered to Connie Jean Marie LEE AKA Connie PERPINAN. Additionally, law enforcement database indices show that SUBJECT VEHICLE 1, a blue 2002 Volvo V70 hatchback, is registered to this address and registered to Zachary PERPINAN. These law enforcement indices have been used by the Affiant and law enforcement agencies before and found to be reliable.

*Search Warrant Execution*

29.     On October 10, 2025, the Honorable Raymond E. Patricco, Chief Magistrate Judge for the District of Idaho, granted a search warrant in Case No. 25-mj-261-REP. The search warrant pertained to the SUBJECT RESIDENCE, the SUBJECT VEHICLES, and the person of Zachary PERPINAN. Law enforcement executed the search warrant the same day. Law enforcement found Zachary PERPINAN, Connie LEE (AKA PERPINAN), and a six-year-old child at the SUBJECT RESIDENCE. Connie LEE said in substance that Zachary PERPINAN was her son, and that the six-year-old was her daughter's daughter, making PERPINAN the child's uncle. LEE said that the child had moved up from California recently. Based on prior review of the above-described

child pornography, law enforcement agents concluded that the child at the residence was the same child in the child pornography.

30. Law enforcement agents advised PERPINAN of his *Miranda* rights and interviewed him. Among other things, PERPINAN stated in substance that he owned an iPhone XR and that he was "S-1" on the above-described Website A. (Note, PERPINAN used his actual username on Website A, which is known to law enforcement but is referred to as the pseudonym "S-1" to protect the integrity of the ongoing investigation into Website A.) PERPINAN also admitted in substance to taking at least one photograph of the six-year-old child with her mouth on his penis. He also admitted to writing "cum here" on the six-year-old and taking photographs of her.

## APPLICABLE LAW

31. Title 18, United States Code, Section 2251(a) provides: "[a]ny person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed."

32. Title 18, United States Code, Section 2252A(a)(2)(A) provides that any person who knowingly receives or distributes any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, shall be punished as provided in subsection (b).

33. Title 18, United States Code, Section 2252A(a)(5)(B) provides that any a person who knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, shall be punished as provided in subsection (b).

34. 18 U.S.C. § 2256(8)(A) defines "Child Pornography" as any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct.

35. 18 U.S.C. § 2256(2)(A) defines "Sexually explicit conduct" as actual or simulated:

   a. Sexual intercourse (including genital-genital, oral-genital, or oral-anal), whether between persons of the same or opposite sex;

   b. Bestiality;

   c. Masturbation;

   d. Sadistic or masochistic abuse; or

    e. Lascivious exhibition of the genitals, anus, or pubic areas of any person.

        i. Regarding the definition of "lascivious exhibition of the genitals or pubic areas of any person, most courts have embraced the six-factor lascivious exhibition" test articulated in *United States v. Dost*, 636 F. Supp. 828, 832 (S.D. Cal. 1986):

          1. Whether the focal point of the visual depiction is on the child's genitalia or pubic area;

          2. Whether the setting of the visual depiction is sexually suggestive, i.e., in a place or pose generally associated with sexual activity;

          3. Whether the child is depicted in an unnatural pose, or in inappropriate attire, considering the age of the child;

          4. Whether the child is fully or partially clothed, or nude;

          5. Whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity; and

          6. Whether the visual depiction is intended or designed to elicit a sexual response in the viewer.

        ii. The *Dost* court also observed, "a visual depiction need not involve all of these factors to be a 'lascivious exhibition of the genitalia or pubic area.' The determination will have to be made based on the overall content of the visual depiction, taking into account the age of the minor." *Id.*

## **CONCLUSION**

36. Based on the above facts, I respectfully submit that there is probable cause to believe that ZACHARY PERPINAN committed violations of 18 U.S.C. § 2251, Production of Child Pornography; 18 U.S.C. §2252A(a)(2)(a), Distribution of Child Pornography; and 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

17

Case 2:25-cr-00290-AKB  Document 2  Filed 10/10/25  Page 19 of 19

        GREGORY K MCSULLIVAN  
Digitally signed by GREGORY K MCSULLIVAN  
Date: 2025.10.10 15:52:41 -07'00'

_____  
Special Agent Greg McSullivan  
Homeland Security Investigations

Subscribed to electronically and sworn to via Zoom before me on October 10, 2025.

_____  
Honorable Raymond E. Patricco  
Chief United States Magistrate Judge

18