# CRIMINAL COVERSHEET

| DEFENDANT'S NAME: | **Zachary Perpinan** | CASE INFORMATION: | |
|---|---|---|---|
| JUVENILE: | No | RELATED COMPLAINT: | Yes |
| PUBLIC or SEALED | Public | CASE NUMBER: | 2:25-mj-262-REP |
| SERVICE TYPE: (Summons/ Warrant/ Notice) | Warrant | | |
| ISSUE: | Yes | County of Offense: | |
| INTERPRETER: | No | | |
| If YES, language: | | | |

## CRIMINAL CHARGING INFORMATION

| CHARGING DOCUMENT: | **Complaint** | | |
|---|---|---|---|
| Felony: | **Yes** | Class A Misdemeanor: | **No** |
| County of Offense: | **Kootenai** | Class B or C Misdemeanor: (Petty Offense) | **No** |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. §2251(a) and (e) | ONE | **Production of Child Pornography** | Not less than 15 years and up to 30 years imprisonment, Not less than 5 years and up to life supervised release, $250,000.00 fine, $5,100 Special Assessment |
| 18 U.S.C. §2252A(a)(2)(a) | TWO | **Distribution of Child Pornography** | Not less than 5 years and up to 20 years imprisonment, Not less than 5 years and up to life supervised release, $250,000.00 fine, $5,100 Special Assessment |
| 18 U.S.C. §2252A(a)(5)(B) | THREE | **Possession of Child Pornography** | Up to 20 years imprisonment, Not less than 5 years and up to life supervised release, $250,000.00 fine, $5,100 Special Assessment |

Date: 10 October 2025

Assistant U.S. Attorney: ADAM M. JOHNSON

Telephone No.: (208) 667-6568